FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA

NOV – 5 2020

IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

RANDY WAYNE CLYBURN
               Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC, a
Foreign Limited Liability Company,
and JOHN DOE #1,
               Defendants.

BY_____
             DEPUTY

Case No. CJ-2020550

JACK D. McCURDY II

## P E T I T I O N

**COMES NOW** the Plaintiff, Randy Wayne Clyburn, and for his first cause of action against the Defendants, states:

1.     That Plaintiff is a resident of Canadian County, Oklahoma.

2.     That Defendant, Lowe's Home Centers, LLC, is a "for profit" foreign limited liability company conducting business within the state of Oklahoma.

3.     That Defendant, John Doe #1, is an employee of Defendant, Lowe's Home Centers, LLC.

4.     That on or about the 25th day of April, 2019, Plaintiff was an invitee on the premises of the Defendants' home improvement store #1134, in Yukon, Oklahoma, wherein Plaintiff had purchased a 54" Craftman Zero turn riding lawn mower.

5.     That Plaintiff  pulled his truck to the front of the store where Defendant John Doe #1 placed aluminum ramps from the ground to the tailgate

-1-

Exhibit 1

of the truck and instructed Plaintiff to then drive the riding mower into the bed of the truck. That Defendant John Doe #1 failed to properly secure said ramps and the ramps subsequently fell from the truck while the Plaintiff was driving the mower up the ramps causing the Plaintiff and mower to fall off of the ramps.

6.     That at the time of the accident, the Defendant John Doe #1 was in the course of his employment with the Defendant Lowe's, and that the Defendant is therefore liabile to Plaintiff through *Respondeat Superior.*

7.     That the Defendant Lowe's violated it's duty to use reasonable care to protect the Plaintiff while on the premises and by it's failure to establish procedures and training for it's employees.

8.     That Defendant Lowe's was negligent in it's hiring, training and retention of the Defendant, John Doe #1.

9.     The unsecured ramps created a hidden and dangerous condition, which Defendants failed to warn Plaintiff of.

10.     That as a direct result of the negligence and breach of duties of the Defendants, Plaintiff fell while driving the mower up the ramps and suffered severe physical injuries resulting in permanent disabilities and disfigurement; and that he has incurred medical expenses and will continue to incur medical expenses in the future.

11.     That as direct result of the negligence and breach of duties of the Defendants, Plaintiff has suffered physical pain, mental and emotional anguish

and will continue to suffer same in the future.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants for an amount in excess of $75,000.00, along with any other relief to which he may be justly and properly entitled.

**THE HANDLEY LAW CENTER**
111 S. Rock Island Ave.
P. O. Box 310
El Reno, OK 73036
Telephone: 405-295-1924
Facsimile: 405-262-3531
*fdh@handleylaw.com*
*ash@handleylaw.com*
*alex@handleylaw.com*

BY: _____
Fletcher D. Handley, Jr., OBA #3797
Ashton A. Handley, OBA #22835
Alex G. Handley, OBA #32173
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**

-3-

UNITED STATES POSTAGE

PITNEY BOWES

$006.950

02 1P
0000727393   JAN 20 2021
MAILED FROM ZIP CODE 73036

OKLAHOMA CITY OK 730

THE

*Handley*

LAW CENTER

111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

Lowes Home Centers, LLC
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

73159-765399

7011 0470 0002 2414 2616