IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY WAYNE CLYBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 5:21-cv-00106-PRW |
| | ) | |
| LOWE'S HOME CENTERS, LLC, and JOHN DOE #1, | ) ) | |
| | ) | |
| Defendants. | ) | |

### FED.R.CIV.P. 41 JOINT STIPULATION OF DISMISSAL (ALL DEFENDANT(S)) WITH PREJUDICE

COME NOW jointly the parties to this action and, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each hereby stipulates that the above-styled lawsuit should be dismissed with prejudice as to all Defendant(s) to any re-filing.

Respectfully submitted,

*s/ Charles C. Weddle III*
JOE E. WHITE, JR.           OBA #12930
CHARLES C. WEDDLE III       OBA #18869
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, Oklahoma  73105
(405) 858-8899
(405) 858-8844 FAX
joe@whiteandweddle.com
charles@whiteandweddle.com

and

                    FLETCHER D. HANDLEY     OBA #3797
THE HANDLEY LAW CENTER
111 S. Rock Island
P.O. Box 310
El Reno, Oklahoma 73036
(405) 295-1924
(405) 262-3531 FAX
fdh@handleylaw.com

*Attorneys for Plaintiff*

*(Signed by Filing Attorney with permission of Defendant's Attorney)*

s/ J. Christopher Davis
J. CHRISTOPHER DAVIS     OBA #16639
JOSHUA D. POOVEY        OBA #32103
MAEGAN C. MURDOCK    OBA #33983
JOHNSON & JONES, P.C.
Two Warren Place
6120 S. Yale, Suite 500
Tulsa, Oklahoma 74136
(918) 584-6644
(888) 789-0940 FAX
cdavis@johnson-jones.com
jpoovey@johnson-jones.com
mmudock@johnson-jones.com

*Attorneys for Defendant,*
*Lowe's Home Centers, LLC*